Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Maria Madriaga

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE LEO S. PAPAS)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08MJ-1756 |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO CONTINUE DETENTION HEARING** |
| MARIA MADRIAGA (3), | |
| Defendant, | |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that detention hearing presently set for June 10, 2008 at 9:30 a.m. be rescheduled to June 12, 2008 at 10:30 a.m. as to Maria Madriaga.

IT IS SO ORDERED.

Dated: June 9, 2008

_____
HON. LEO S. PAPAS
U.S. Magistrate Court Judge

---

*Order Granting Joint Motion To Continue Detention Hearing, U.S. v. Madriaga,* **08MJ-1756**

1