Unsealed 6/5/08 kst

FID No. 1503744

**ORDERED SEALED BY COURT**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

JOSE ALBERTO MARQUEZ et al.,

**WARRANT FOR ARREST**

Magistrate Case No.

ORIGINAL FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 MJ 1756

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: MARIA MADRIAGA, aka Kika**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

The complaint charges defendant MARIA MADRIAGA, aka Kika, with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

Honorable Leo S. Papas
Name of Issuing Officer

Leo S. Papas
US Magistrate Judge

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

June 4, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

**Bail Fixed at $** To be set in Court

by **LEO S. PAPAS**
Name of Judicial Officer    LEO S. PAPAS

2008 JUN -4 A 10:13
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 6/5/08  ARRESTED BY FBI  STEVEN C. STAFFORD  ACTING U.S. MARSHAL, S/CA  BY _____ | |

CLASS II 'J'

3599
(Dist of Meth)